IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MEIR GELLEY | : | CIVIL ACTION |
| v. | : | |
| PARK PLEASANT, INC. | : | NO. 09-57 |

ORDER

AND NOW, this 11th day of August, 2011, following a bench trial held before the Court on February 28 - March 7, 2011, and upon consideration of the parties' post-trial memoranda and other submissions, and closing arguments on June 13, 2011, IT IS HEREBY ORDERED that, for the reasons discussed in a Memorandum of this date:

1. On the plaintiff's breach of contract claim, judgment is entered for the defendant and against the plaintiff.

2. On the defendant's quantum meruit counterclaim, judgment is entered for the plaintiff and against the defendant.

3. On the defendant's breach of contract counterclaim, judgment is entered for the plaintiff and against the defendant.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.